UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHÉ JOHNSON,

    Plaintiff/Counter-Defendant,

v.

    Case No. 09-10283

    Honorable Patrick J. Duggan

MAJIC WINDOW COMPANY, MEYERS
& MEYERS PLLC, and AMERICAN
GENERAL FINANCIAL SERVICES,

    Defendants/Counter-Claimants,

_____/

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on September 2, 2009.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                U.S. DISTRICT COURT JUDGE

Kathé Johnson ("Plaintiff") filed a five count complaint against Majic Window Company ("Majic"), Meyers and Meyers PLLC ("Meyers"), and American General Financial Services ("AGFS") on January 27, 2009. Majic and Meyer answered the complaint and filed a counterclaim against Plaintiff on February 18, 2009. On March 4, 2009, Plaintiff stipulated to the dismissal of AGFS. Presently before the Court is a Motion for Summary Judgment filed by Majic and Meyers (collectively "defendants") on July 15, 2009. The motion has been fully briefed and the Court heard oral argument on September 2, 2009. For the reasons set forth on the record at the September 2 hearing,

2

**IT IS ORDERED** that defendants' motion for summary judgment is **DENIED**.

<u>s/PATRICK J. DUGGAN</u>
UNITED STATES DISTRICT JUDGE

Copies to:
Adam G. Taub, Esq.
Eric C. Jones, Esq.