UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHE JOHNSON,   Case No. 2:09-CV-10283-PJD

    Plaintiff/Counter-Defendant,   Hon. Patrick J. Duggan

v

MAJIC WINDOW COMPANY, INC., and
MYERS & MYERS, PLLC,

    Defendants/Counter-Plaintiffs.
_____/

| | |
|---|---|
| Adam G. Taub (P48703) | Kelly A. Myers (P49143) |
| Adam G. Taub & Associates | Eric C. Jones (P66364) |
| Consumer Law Group, PLC | Myers & Myers, PLLC |
| Attorneys for Plaintiff/Counter-Defendant | Attorneys for Defendants/Counter-Plaintiffs, |
| 18930 W. 10 Mile Road, Suite 2500 | Majic Window Company and Myers & Myers, |
| Southfield, MI 48075 | PLLC |
| (248) 746-3790 | 915 N. Michigan Avenue |
| | Howell, MI 48843 |
| | (517) 540-1700 |

_____/

**STIPULATION AND ORDER OF DISMISSAL**

At a session of said Court, held in the City of Detroit,
County of Wayne, State of Michigan
on this 2nd day of November, 2009.

Present: Hon. Patrick J. Duggan
U.S. District Court Judge

The parties, through their respective counsel, having stipulated to and consented to the relief herein, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that all of the claims in this matter are hereby dismissed with prejudice and without costs to any party.

THIS ORDER RESOLVES ALL PENDING CLAIMS AND CLOSES THE CASE.

                S/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: November 2, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 2, 2009, by electronic and/or ordinary mail.

                S/Marilyn Orem
                Case Manager

I agree to entry of the above:

| | |
|---|---|
| Adam G. Taub & Associates<br>Consumer Law Group, PLC<br>Attorneys for Plaintiff/Counter-Defendant | Myers & Myers, PLLC<br>Attorneys for Defendants/Counter-Plaintiffs,<br>Majic Window Company and Myers & Myers, PLLC |
| By:__/s/ Adam G. Taub_____<br>    Adam G. Taub (P48703)<br>    18930 W. 10 Mile Road, Suite 2500<br>    Southfield, MI 48075<br>    (248) 746-3790<br>    adamgtaub@clgplc.com | By:__/s/ Eric C. Jones_____<br>    Kelly A. Myers (P49143)<br>    Eric C. Jones (P66364)<br>    915 N. Michigan Avenue<br>    Howell, MI 48843<br>    (517) 540-1700<br>    Ejones@myers2law.com |